UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24-CV-81115-DIMITROULEAS

NELSON FERNANDEZ,

       Plaintiff,

v.

MWGM, INC., d/b/a LITTLE MOIR's
RESTAURANTS, a Florida for-profit
corporation,

       Defendant.

_____

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary With Prejudice [DE 12] (the "Notice"), filed on November 11, 2024. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 12] is **APPROVED**;

2. This case is **DISMISSED WITH PREJUDICE**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 12th day of November, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record